UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

    Plaintiff,

    v.

CHUNG LEE, et al.,

    Defendants.

Case No.  15-cv-01465-JSC

**ORDER TO PLAINTIFF FOR STATUS UPDATE**

Plaintiff filed this Americans with Disabilities Act (ADA) access case against several defendants on March 31, 2015.  All Defendants except defendant Chung Lee have appeared.  The Court has twice extended the deadline for the required joint inspection; the last time extending the date to September 19, 2015.  Since that date there has been no activity on the docket even though the Scheduling Order requires the plaintiff to file a "Notice of Need for Mediation" within 42 days after the Joint Site Inspection if the case has not resolved.  (Dkt. No. 4 at p. 1.)  Accordingly, on or before **December 1, 2015,** Plaintiff shall provide the Court with a written update on the status of the case.  The update shall also advise the Court as to how Plaintiff intends to proceed as to non-appearing defendant Chung Lee.

**IT IS SO ORDERED.**

Dated: November 17, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge