UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHUNG LEE, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01465-JSC<br><br>**ORDER REFERRING CASE TO MEDIATION AND REQUESTING STATUS OF DEFENDANT** |

The Court is in receipt of Plaintiff's Status Report filed November 19, 2015. (Dkt. No. 17.) Pursuant to Plaintiff's request, the Court refers this case to the Court's ADR program for mediation; however, the Court encourages the parties continue their negotiations in the interim.

The Court's Order asking Plaintiff for a status update also asked Plaintiff to advise the Court as to how he intends to proceed against non-appearing defendant Chung Lee.  In other words, does he intend to seek a default judgment against Lee or shall the Court dismiss Lee from the lawsuit without prejudice?  If he intends to seek a default judgment against Lee, are the appearing parties willing to sever the claims against Lee from the claims against the answering defendants so that this Court may enter judgment (or sign on to any settlement) with the consent of all the parties.  Plaintiff shall advise the Court as to how he intends to proceed as to Lee on or before **December 17, 2015**.

　　　　**IT IS SO ORDERED.**

Dated: November 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge